--------EMPLOYER INFORMATION--------              --------EMPLOYEE INFORMATION--------
    Name: ALLENTOWN CITY SCHOOL DISTRICT               Name: HODGES, ATHO
    Address: 31 S PENN ST BOX 328                      Address: 2741 KINGS VIEW AVE.
             ALLENTOWN, PA 18105-0328                           EASTON, PA 18045

---------------------------------CHECK DETAIL INFORMATION---------------------------------
    Check Date: 01/26/2018        Gross Wages:    552.05
    Check Number: 910485200       Net Amount:     392.67
    Check Type: Regular

----------------------------------TAXABLE WAGE INFORMATION----------------------------------
                                          FEDERAL      STATE       FICA     MEDICARE
                         Gross Wages:      552.05      552.05     552.05     552.05
    Minus Deductions that Decrease Tax:     88.07       46.67      46.67      46.67
                  Plus Taxable Benefits:     0.00        0.00       0.00       0.00
                  Taxable Gross Wages:     463.98      505.38     505.38     505.38

----------------------------------------PAYS----------------------------------------
DESCRIPTION        RATE    FACTOR/HOURS    AMOUNT   RETIRE HOURS   HOURS WORKED   CREDIT WEEKS
SAL FT PARA       475.12       1.00        475.12       75.00          75.00         0.00
SAL FT STIP PAR    76.93       1.00         76.93        0.00           0.00         0.00
                             Total:       552.05       75.00          75.00         0.00

------------DEDUCTIONS------------                  ------------BENEFITS------------
              --DECREASE TAX--                                    ----TAXABLE----
DESCRIPTION       AMOUNT  FED   ST   P/M       DESCRIPTION       AMOUNT  FED   ST   F/M
FICA               31.33                       FICA               31.33
IRS W/H TAX         0.00                       MEDICARE            7.33
LOCAL NR TAX        1.42                       PSERS             165.78
LOCAL SERVICES      2.00                       UNEMPL COMP         0.00
LOCAL TAX           5.05                       WORKERS COMP        0.00
MEDICARE            7.33
PARA DUES           8.28
PPO COPAY PARAS    46.67   Y    Y    Y
PSERS              41.40   Y
STATE TAX PENN     15.51
UNEMPLOYMENT TA     0.39
       Total:     159.38                              Total:     204.44


*********************** End of report ***********************

```
--------EMPLOYER INFORMATION--------          --------EMPLOYEE INFORMATION--------
Name: ALLENTOWN CITY SCHOOL DISTRICT           Name: HODGES, CATHY
Address: 31 S PENN ST BOX 328                  Address: 2741 KINGS VIEW AVE.
         ALLENTOWN, PA 18105-0328                       EASTON, PA 18045
```

-------------------------------------CHECK DETAIL INFORMATION-------------------------------------

|  |  |
|---|---|
| Check Date: 01/12/2018 | Gross Wages: 552.05 |
| Check Number: 910481150 | Net Amount: 392.67 |
| Check Type: Regular | |

-------------------------------------TAXABLE WAGE INFORMATION-------------------------------------

|  | FEDERAL | STATE | FICA | MEDICARE |
|---|---|---|---|---|
| Gross Wages: | 552.05 | 552.05 | 552.05 | 552.05 |
| Minus Deductions that Decrease Tax: | 88.07 | 46.67 | 46.67 | 46.67 |
| Plus Taxable Benefits: | 0.00 | 0.00 | 0.00 | 0.00 |
| Taxable Gross Wages: | 463.98 | 505.38 | 505.38 | 505.38 |

-------------------------------------PAYS-------------------------------------

| DESCRIPTION | RATE | FACTOR/HOURS | AMOUNT | RETIRE HOURS | HOURS WORKED | CREDIT WEEKS |
|---|---|---|---|---|---|---|
| SAL PT PARA | 475.12 | 1.00 | 475.12 | 75.00 | 75.00 | 0.00 |
| SAL PT STIP PAR | 76.93 | 1.00 | 76.93 | 0.00 | 0.00 | 0.00 |
| | | Total: | 552.05 | 75.00 | 75.00 | 0.00 |

-------------DEDUCTIONS-------------            -------------BENEFITS-------------
                --DECREASE TAX--                                  ----TAXABLE----

| DESCRIPTION | AMOUNT | FED | ST | P/M | DESCRIPTION | AMOUNT | FED | ST | P/M |
|---|---|---|---|---|---|---|---|---|---|
| FICA | 31.33 | | | | FICA | 31.33 | | | |
| IRS W/H TAX | 0.00 | | | | MEDICARE | 7.33 | | | |
| LOCAL NR TAX | 1.42 | | | | PSERS | 165.78 | | | |
| LOCAL SERVICES | 2.00 | | | | UNEMPL COMP | 0.00 | | | |
| LOCAL TAX | 5.05 | | | | WORKERS COMP | 0.00 | | | |
| MEDICARE | 7.33 | | | | | | | | |
| PARA DUES | 6.28 | | | | | | | | |
| PPO COPAY PARAS | 46.67 | Y | Y | Y | | | | | |
| PSERS | 41.40 | Y | | | | | | | |
| STATE TAX PENN | 15.51 | | | | | | | | |
| UNEMPLOYMENT TA | 0.39 | | | | | | | | |
| Total: | 159.38 | | | | Total: | 204.44 | | | |

*********************** End of report ***********************

```
-------EMPLOYER INFORMATION-------        -------EMPLOYEE INFORMATION-------
    Name: ALLENTOWN CITY SCHOOL DISTRICT      Name: HODGES, CATHY
    Address: 31 S PENN ST BOX 328             Address: 2741 KINGS VIEW AVE.
         ALLENTOWN, PA 18105-0328                  EASTON, PA 18045
```

---------------CHECK DETAIL INFORMATION---------------

    Check Date:   12/29/2017     Gross Wages:   552.05
    Check Number: 910480308      Net Amount:    433.73
    Check Type:   Regular

---------------TAXABLE WAGE INFORMATION---------------

|  | FEDERAL | STATE | FICA | MEDICARE |
|---|---|---|---|---|
| Gross Wages: | 552.05 | 552.05 | 552.05 | 552.05 |
| Minus Deductions that Decrease Tax: | 41.40 | 0.00 | 0.00 | 0.00 |
| Plus Taxable Benefits: | 0.00 | 0.00 | 0.00 | 0.00 |
| Taxable Gross Wages: | 510.65 | 552.05 | 552.05 | 552.05 |

---------------PAYS---------------

| DESCRIPTION | RATE | FACTOR/HOURS | AMOUNT | RETIRE HOURS | HOURS WORKED | CREDIT WEEKS |
|---|---|---|---|---|---|---|
| SAL PT PARA | 475.12 | 1.00 | 475.12 | 75.00 | 75.00 | 0.00 |
| SAL PT STIP PAR | 76.93 | 1.00 | 76.93 | 0.00 | 0.00 | 0.00 |
|  |  | Total: | 552.05 | 75.00 | 75.00 | 0.00 |

---------------DEDUCTIONS---------------           ---------------BENEFITS---------------
                    --DECREASE TAX--                              ----TAXABLE----

| DESCRIPTION | AMOUNT | FED | ST | P/M | DESCRIPTION | AMOUNT | FED | ST | P/M |
|---|---|---|---|---|---|---|---|---|---|
| FICA | 34.23 |  |  |  | FICA | 34.23 |  |  |  |
| IRS W/H TAX | 0.00 |  |  |  | MEDICARE | 8.00 |  |  |  |
| LOCAL NR TAX | 1.55 |  |  |  | PSERS | 165.78 |  |  |  |
| LOCAL SERVICES | 2.00 |  |  |  | UNEMPL COMP | 0.00 |  |  |  |
| LOCAL TAX | 5.52 |  |  |  | WORKERS COMP | 0.00 |  |  |  |
| MEDICARE | 8.00 |  |  |  |  |  |  |  |  |
| PARA DUES | 8.28 |  |  |  |  |  |  |  |  |
| PSERS | 41.40 | Y |  |  |  |  |  |  |  |
| STATE TAX PENN | 16.95 |  |  |  |  |  |  |  |  |
| UNEMPLOYMENT TA | 0.39 |  |  |  |  |  |  |  |  |
| Total: | 118.32 |  |  |  | Total: | 208.01 |  |  |  |

*********************** End of report ***********************

------------------------------CHECK DETAIL INFORMATION------------------------------

Check Date: 12/15/2017            Gross Wages:    552.05
Check Number: 910477782           Net Amount:     392.67
Check Type: Regular

------------------------------TAXABLE WAGE INFORMATION------------------------------
|                                    | FEDERAL | STATE  | FICA   | MEDICARE |
|------------------------------------|---------|--------|--------|----------|
| Gross Wages:                       | 552.05  | 552.05 | 552.05 | 552.05   |
| Minus Deductions that Decrease Tax:| 88.07   | 46.67  | 46.67  | 46.67    |
| Plus Taxable Benefits:             | 0.00    | 0.00   | 0.00   | 0.00     |
| Taxable Gross Wages:               | 463.98  | 505.38 | 505.38 | 505.38   |

------------------------------PAYS------------------------------
| DESCRIPTION    | RATE   | FACTOR/HOURS | AMOUNT | RETIRE HOURS | HOURS WORKED | CREDIT WEEKS |
|----------------|--------|--------------|--------|--------------|--------------|--------------|
| SAL FT PARA    | 475.12 | 1.00         | 475.12 | 75.00        | 75.00        | 0.00         |
| SAL FT STIP PAR| 76.93  | 1.00         | 76.93  | 0.00         | 0.00         | 0.00         |
|                |        | Total:       | 552.05 | 75.00        | 75.00        | 0.00         |

------------DEDUCTIONS------------                    ------------BENEFITS------------
                  --DECREASE TAX--                                    ----TAXABLE----
| DESCRIPTION     | AMOUNT | FED | ST | F/M |    | DESCRIPTION | AMOUNT | FED | ST | F/M |
|-----------------|--------|-----|----|----|     |-------------|--------|-----|----|----|
| FICA            | 31.33  |     |    |    |     | FICA        | 31.33  |     |    |    |
| IRS W/H TAX     | 0.00   |     |    |    |     | MEDICARE    | 7.33   |     |    |    |
| LOCAL HR TAX    | 1.42   |     |    |    |     | PSERS       | 165.78 |     |    |    |
| LOCAL SERVICES  | 2.00   |     |    |    |     | UNEMPL COMP | 0.00   |     |    |    |
| LOCAL TAX       | 5.05   |     |    |    |     | WORKERS COMP| 0.00   |     |    |    |
| MEDICARE        | 7.33   |     |    |    |     |             |        |     |    |    |
| PARA DUES       | 8.28   |     |    |    |     |             |        |     |    |    |
| PPO COPAY PARAS | 46.67  | Y   | Y  | Y  |     |             |        |     |    |    |
| PSERS           | 41.40  | Y   |    |    |     |             |        |     |    |    |
| STATE TAX PENN  | 15.51  |     |    |    |     |             |        |     |    |    |
| UNEMPLOYMENT TA | 0.39   |     |    |    |     |             |        |     |    |    |
| Total:          | 159.38 |     |    |    |     | Total:      | 204.44 |     |    |    |

************************ End of report ************************