# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
|    Melvin Robert Hodges | : | Chapter 13 |
|    Cathy Jean Hodges, | : | Bankruptcy No. 18-10040 REF |
| | : | |
|           Debtor(s) | : | |

## CERTIFICATE OF SERVICE

David S. Gellert, Esquire, of David S. Gellert, P.C., attorney for the above-captioned Debtors, hereby certifies that he served a true and correct copy of the **Notice of Motion, Response Deadline and Hearing Date, the proposed Order** and **the Motion of Debtor to Avoid Judgment Lien of First Commonwealth Federal Credit Union** by electronic mail and by mailing same by first-class mail, postage prepaid on April 11, 2018 to the following:

    First Commonwealth Federal Credit Union, c/o Joshua A. Gildea, Esquire, Fitzpatrick Lentz & Bubba PC, P.O. Box 219, Center Valley, PA 18034;

    Frederick L. Reigle, Esquire, Chapter 13 Trustee, P.O. Box 4010, Reading, PA 19606

Dated: April 11, 2018

                                                                                 s/ David S. Gellert
                                                                                 David S. Gellert, Esquire
                                                                                 David S. Gellert, P.C.
                                                                                 1244 Hamilton Street, Suite 204
                                                                                 Allentown, PA 18102
                                                                                 610-776-7070    Fax: 610-776-7072