# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
|    Melvin Robert Hodges | : | Chapter 13 |
|    Cathy Jean Hodges, | : | |
| | : | Bankruptcy No. 18-10040 REF |
|    Debtor | : | |

## **CERTIFICATION OF NO ANSWER**

AND NOW, this 3rd day of May, 2018, David S. Gellert, Esquire, of David S. Gellert, P.C., attorney for the above-captioned Debtors, hereby certifies that no answer was filed or served on him regarding the Notice of Motion, Response Deadline and Hearing Date with respect to the Debtors's Motion to Avoid Judgement Lien of First Commonwealth Federal Credit Union.

                                                                             s/ David S. Gellert
                                                                             David S. Gellert, Esquire
                                                                             Attorney for Debtor
                                                                             David S. Gellert, P.C.
                                                                             1244 Hamilton Street, Suite 204
                                                                             Allentown, PA 18102
                                                                             610-776-7070   Fax: 610-776-7072