**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
|    Melvin Robert Hodges | : | Chapter 13 |
|    Cathy Jean Hodges, | : | Bankruptcy No. 18-10040 REF |
|                 Debtors | : | |
| | : | |
|    Melvin Robert Hodges | : | |
|    Cathy Jean Hodges, | : | |
|                 Movants | : | |
|       v. | : | |
|    First Commonwealth FCU, | : | |
|                 Respondent | : | |

## **ORDER**

Upon the motion of Debtor to avoid an alleged judicial lien, Docket No. C48-CV-2017-9445 in the Court of Common Pleas of Northampton County, Pennsylvania, of First Commonwealth Federal Credit Union in Debtors' exempt of real or personal property located at 2741 Kingsview Avenue, Easton, Pennsylvania and upon Debtors having asserted that the alleged lien is subject to avoidance pursuant to 11 U.S.C. §522(f)(1), and upon Debtors having certified that adequate notice of the motion was sent to the lienholder and that no answer or other response to the motion has been filed.

IT IS HEREBY ORDERED that the motion is granted by default and the above judicial lien of First Commonwealth Federal Credit Union whether inchoate or choate, in Debtors' real or personal property located at 2741 Kingsview Avenue, Easton, Pennsylvania is avoided to the extent it impairs Debtors' exemption.

IT IS FURTHER ORDERED, pursuant to §349(b)(1)(B), 11 U.S.C. §349(b)(1)(B), that dismissal of this case reinstates any lien voided under §522.

**Date: May 4, 2018**

BY THE COURT:

_/s/ Richard E. Fehling_
Richard E. Fehling, BJ