United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Melvin Robert Hodges, III  
Cathy Jean Hodges  
    Debtors

Case No. 18-10040-ref  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: Keith     Page 1 of 1     Date Rcvd: May 04, 2018  
                      Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 06, 2018.  
db/jdb        +Melvin Robert Hodges, III,    Cathy Jean Hodges,    2741 Kingsview Avenue,    Easton, PA 18045-5550

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                  TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 06, 2018                                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 4, 2018 at the address(es) listed below:
        DAVID S. GELLERT    on behalf of Debtor Melvin Robert Hodges, III dsgatn@rcn.com, r46641@notify.bestcase.com  
        DAVID S. GELLERT    on behalf of Joint Debtor Cathy Jean Hodges dsgatn@rcn.com, r46641@notify.bestcase.com  
        FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
        FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
        REBECCA ANN SOLARZ    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                           TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| Melvin Robert Hodges | : | Chapter 13 |
| Cathy Jean Hodges, | : | Bankruptcy No. 18-10040 REF |
| Debtors | : | |
| _____ | : | |
| Melvin Robert Hodges | : | |
| Cathy Jean Hodges, | : | |
| Movants | : | |
| v. | : | |
| First Commonwealth FCU, | : | |
| Respondent | : | |

## ORDER

Upon the motion of Debtor to avoid an alleged judicial lien, Docket No. C48-CV-2017-9394 in the Court of Common Pleas of Northampton County, Pennsylvania, of First Commonwealth Federal Credit Union in Debtors' exempt of real or personal property located at 2741 Kingsview Avenue, Easton, Pennsylvania and upon Debtors having asserted that the alleged lien is subject to avoidance pursuant to 11 U.S.C. §522(f)(1), and upon Debtors having certified that adequate notice of the motion was sent to the lienholder and that no answer or other response to the motion has been filed.

IT IS HEREBY ORDERED that the motion is granted by default and the above judicial lien of First Commonwealth Federal Credit Union whether inchoate or choate, in Debtors' real or personal property located at 2741 Kingsview Avenue, Easton, Pennsylvania is avoided to the extent it impairs Debtors' exemption.

IT IS FURTHER ORDERED, pursuant to §349(b)(1)(B), 11 U.S.C. §349(b)(1)(B), that dismissal of this case reinstates any lien voided under §522.

**Date: May 4, 2018**

BY THE COURT:

_____
Richard E. Fehling, BJ