United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Melvin Robert Hodges, III
Cathy Jean Hodges
    Debtors

Case No. 18-10040-ref
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: Keith     Page 1 of 1     Date Rcvd: May 04, 2018
                            Form ID: pdf900    Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 06, 2018.
```
db/jdb         +Melvin Robert Hodges, III,    Cathy Jean Hodges,    2741 Kingsview Avenue,
                 Easton, PA 18045-5550
14035977       +First Commonwealth FCU,    450 Union Boulevard,    Allentown, PA 18109-3283
14041202        First Commonwealth Federal Credit Union,    P. O. Box 20450,    Lehigh Valley, PA  18002-0450
14088852       +First Commonwealth Federal Credit Union,    c/o Joshua Gildea, Esquire,
                 Fitzpatrick Lentz & Bubba PC,    P.O. Box 219,    Center Valley, PA 18034-0219
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.           TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 06, 2018           Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 4, 2018 at the address(es) listed below:
```
              DAVID S. GELLERT    on behalf of Joint Debtor Cathy Jean Hodges dsgatn@rcn.com,
               r46641@notify.bestcase.com
              DAVID S. GELLERT    on behalf of Debtor Melvin Robert Hodges, III dsgatn@rcn.com,
               r46641@notify.bestcase.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              REBECCA ANN SOLARZ    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
```
          TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| Melvin Robert Hodges | : | Chapter 13 |
| Cathy Jean Hodges, | : | Bankruptcy No. 18-10040 REF |
| Debtors | : | |
| _____ | : | |
| Melvin Robert Hodges | : | |
| Cathy Jean Hodges, | : | |
| Movants | : | |
| v. | : | |
| First Commonwealth FCU, | : | |
| Respondent | : | |

## ORDER

Upon the motion of Debtor to avoid an alleged judicial lien, Docket No. C48-CV-2017-9445 in the Court of Common Pleas of Northampton County, Pennsylvania, of First Commonwealth Federal Credit Union in Debtors' exempt of real or personal property located at 2741 Kingsview Avenue, Easton, Pennsylvania and upon Debtors having asserted that the alleged lien is subject to avoidance pursuant to 11 U.S.C. §522(f)(1), and upon Debtors having certified that adequate notice of the motion was sent to the lienholder and that no answer or other response to the motion has been filed.

IT IS HEREBY ORDERED that the motion is granted by default and the above judicial lien of First Commonwealth Federal Credit Union whether inchoate or choate, in Debtors' real or personal property located at 2741 Kingsview Avenue, Easton, Pennsylvania is avoided to the extent it impairs Debtors' exemption.

IT IS FURTHER ORDERED, pursuant to §349(b)(1)(B), 11 U.S.C. §349(b)(1)(B), that dismissal of this case reinstates any lien voided under §522.

**Date: May 4, 2018**

BY THE COURT:

_____
Richard E. Fehling, BJ