# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:
:
  Chad C. Beer : Chapter 13
   Lisa M. Beer, : Bankruptcy No.  18-10040 REF
:
     Debtor(s) :

## **CERTIFICATION OF NO OBJECTION**

AND NOW, this 25th day of May, 2018, David S. Gellert, Esquire, attorney for the above-captioned Debtor, hereby certifies that no unresolved objection was filed or served on him with respect to the Notice of Filing of Supplemental Application for Approval of Compensation for Counsel for Debtor.

                                                    s/ David S. Gellert
                                                    David S. Gellert, Esquire
                                                    David S. Gellert, P.C.
                                                    1244 Hamilton Street, Suite 204
                                                    Allentown, PA 18102
                                                    610-776-7070   Fax:  610-776-7072