# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:
:
Melvin Robert Hodges : Chapter 13
Cathy Jean Hodges, : Bankruptcy No. 18-10040 REF
:
Debtor(s) :

## AMENDED CERTIFICATION OF NO OBJECTION

AND NOW, this 25th day of May, 2018, David S. Gellert, Esquire, attorney for the above-captioned Debtor, hereby certifies that no unresolved objection was filed or served on him with respect to the Notice of Filing of Application for Approval of Compensation for Counsel for Debtor.

s/ David S. Gellert
David S. Gellert, Esquire
David S. Gellert, P.C.
1244 Hamilton Street, Suite 204
Allentown, PA 18102
610-776-7070  Fax: 610-776-7072