**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| **Melvin Robert Hodges, III** | : | **Chapter 13** |
| **Cathy Jean Hodges,** | : | **Bankruptcy No.  18-10040 REF** |
| | : | |
| **Debtor(s)** | : | |

## ORDER APPROVING COMPENSATION

Upon consideration of the Application for Compensation and Reimbursement of Expenses filed by David S. Gellert, Esquire, of David S. Gellert, P.C., counsel for Debtors, it is hereby

ORDERED that David S. Gellert, P.C., counsel for Debtors, receive compensation in the amount of $3,825.00 and reimbursement of expenses in the amount of $323.50 for total compensation and expenses in the amount of $4,148.50; $1,310.00 of which has been paid.

BY THE COURT:

**Date: May 30, 2018**

_[signature]_

B.J.