United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 18-10040-ref
Melvin Robert Hodges, III                                               Chapter 13
Cathy Jean Hodges
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Keith              Page 1 of 1              Date Rcvd: May 30, 2018
                              Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 01, 2018.
db/jdb        +Melvin Robert Hodges, III,   Cathy Jean Hodges,   2741 Kingsview Avenue,
               Easton, PA 18045-5550

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 01, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 30, 2018 at the address(es) listed below:
              DAVID S. GELLERT    on behalf of Debtor Melvin Robert Hodges, III dsgatn@rcn.com,
               r46641@notify.bestcase.com
              DAVID S. GELLERT    on behalf of Joint Debtor Cathy Jean Hodges dsgatn@rcn.com,
               r46641@notify.bestcase.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              REBECCA ANN SOLARZ    on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
|    Melvin Robert Hodges, III | :   Chapter 13 |
|    Cathy Jean Hodges, | :   Bankruptcy No.  18-10040 REF |
| | : |
|    Debtor(s) | : |

## ORDER APPROVING COMPENSATION

Upon consideration of the Application for Compensation and Reimbursement of Expenses filed by David S. Gellert, Esquire, of David S. Gellert, P.C., counsel for Debtors, it is hereby

ORDERED that David S. Gellert, P.C., counsel for Debtors, receive compensation in the amount of $3,825.00 and reimbursement of expenses in the amount of $323.50 for total compensation and expenses in the amount of $4,148.50; $1,310.00 of which has been paid.

**Date: May 30, 2018**

BY THE COURT:

_____

B.J.