**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
|   Melvin Hodges | : | Chapter 13 |
|   Cathy Hodges, | : | Bky. No. 18-10040 REF |
| | : | |
|   Debtor(s) | : | |

**CERTIFICATION OF NO RESPONSE**

AND NOW, this 30th day of January 2019, David S. Gellert, Esquire, attorney for the above-captioned Debtors, hereby certifies that no unresolved objection was filed or served on him with respect to the **Notice and Motion to Modify Chapter 13 Plan Post Confirmation** filed in the above matter.

 

s/ David S. Gellert
David S. Gellert, Esquire
David S. Gellert, P.C.
1244 Hamilton Street, Suite 204
Allentown, PA 18102
610-776-7070   Fax:  610-776-7072