# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
|    Melvin Robert Hodges, III | : | Chapter 13 |
|    Cathy Jean Holdges, | : | Bankruptcy No. 18-10040 REF |
| | : | |
|    Debtors | : | |

# O R D E R

Upon consideration of the Debtors' Motion to Amend First Amended Chapter 13 Plan After Confirmation, after notice and opportunity for hearing, it is hereby

**ORDERED** that the confirmed First Amended Chapter 13 Plan is hereby amended to provide for the amended proof of claim filed by the Internal Revenue Service.

BY THE COURT:

**Date: February 6, 2019**

_____
                            J.