United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Melvin Robert Hodges, III  
Cathy Jean Hodges  
    Debtors

Case No. 18-10040-ref  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: Lisa     Page 1 of 1     Date Rcvd: Feb 06, 2019  
                      Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 08, 2019.  
db/jdb      +Melvin Robert Hodges, III,   Cathy Jean Hodges,   2741 Kingsview Avenue,   Easton, PA 18045-5550

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 08, 2019                                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 6, 2019 at the address(es) listed below:  
         DAVID S. GELLERT    on behalf of Debtor Melvin Robert Hodges, III dsgatn@rcn.com, r46641@notify.bestcase.com  
         DAVID S. GELLERT    on behalf of Joint Debtor Cathy Jean Hodges dsgatn@rcn.com, r46641@notify.bestcase.com  
         FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
         REBECCA ANN SOLARZ    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com  
         SCOTT WATERMAN    ECFmail@fredreiglech13.com,   ECF_FRPA@Trustee13.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                                                    TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
|   Melvin Robert Hodges, III | : | Chapter 13 |
|   Cathy Jean Holdges, | : | Bankruptcy No. 18-10040 REF |
| | : | |
|   Debtors | : | |

# O R D E R

Upon consideration of the Debtors' Motion to Amend First Amended Chapter 13 Plan After Confirmation, after notice and opportunity for hearing, it is hereby

**ORDERED** that the confirmed First Amended Chapter 13 Plan is hereby amended to provide for the amended proof of claim filed by the Internal Revenue Service.

BY THE COURT:

**Date: February 6, 2019**

_____
                                                  J.