# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:
:
Melvin Robert Hodges, III         :    Chapter 13
Cathy Jean Hodges,                :    Bankruptcy No. 18-10040   REF
                                  :
Debtor(s)                         :

## CERTIFICATION OF NO OBJECTION

AND NOW, this 8th day of March, 2019, David S. Gellert, Esquire, attorney for the above-captioned Debtor, hereby certifies that no unresolved objection was filed or served on him with respect to the Notice dated February 7, 2019 of the filing of the Supplemental Application for Compensation and Reimbursement of Expenses.

s/ David S. Gellert
David S. Gellert, Esquire
David S. Gellert, P.C.
1244 Hamilton Street, Suite 204
Allentown, PA 18102
610-776-7070   Fax:  610-776-7072