**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| **Melvin Robert Hodges, III** | : | Chapter 13 |
| **Cathy Jean Hodges,** | : | |
| | : | Bankruptcy No.  18-10040 REF |
| **Debtor(s)** | : | |

### ORDER APPROVING SUPPLEMENTAL COMPENSATION

Upon consideration of the Supplemental Application for Compensation and Reimbursement of Expenses filed by David S. Gellert, Esquire, of David S. Gellert, P.C., counsel for Debtor, it is hereby

ORDERED that David S. Gellert, P.C., counsel for Debtor, receive supplemental compensation in the amount of $400.00 and reimbursement of supplemental expenses in the amount of $19.17 for total compensation and expenses in the amount of $4,567.67; $4,148.50 of which has been paid.

**Date: March 11, 2019**

BY THE COURT:

_____

B.J.