| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
Chapter 13 Case No. 18-10040-PMM

MELVIN ROBERT HODGES III
CATHY JEAN HODGES
2741 KINGSVIEW AVENUE
EASTON  PA    18045

Petition Filed Date: 01/03/2018
341 Hearing Date: 03/20/2018
Confirmation Date: 05/03/2018

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/14/2019 | $400.00 | | 02/21/2019 | $400.00 | | 03/25/2019 | $400.00 | |
| 04/22/2019 | $400.00 | | 05/06/2019 | $400.00 | | 06/20/2019 | $400.00 | |
| 07/18/2019 | $400.00 | | 10/01/2019 | $400.00 | | 11/04/2019 | $400.00 | 6298498000 |
| 12/02/2019 | $400.00 | | 01/07/2020 | $400.00 | | 01/21/2020 | $400.00 | |
| 03/02/2020 | $400.00 | | 03/27/2020 | $400.00 | | 04/23/2020 | $400.00 | |
| 05/27/2020 | $400.00 | | 06/25/2020 | $400.00 | | 07/23/2020 | $400.00 | |

**Total Receipts for the Period: $7,200.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $11,600.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 7 | AMERICAN INFOSOURCE LP<br>»» 007 | Unsecured Creditors | $4,162.37 | $28.17 | $4,134.20 |
| 13 | CREDIT FIRST NA<br>»» 013 | Unsecured Creditors | $370.56 | $0.00 | $370.56 |
| 1 | DISCOVER BANK<br>»» 001 | Unsecured Creditors | $11,363.01 | $76.91 | $11,286.10 |
| 2 | FIRST COMMONWEALTH FCU<br>»» 002 | Unsecured Creditors | $9,206.47 | $62.31 | $9,144.16 |
| 3 | FIRST COMMONWEALTH FCU<br>»» 003 | Unsecured Creditors | $3,662.58 | $24.79 | $3,637.79 |
| 4 | FIRST COMMONWEALTH FCU<br>»» 004 | Unsecured Creditors | $1,997.85 | $0.00 | $1,997.85 |
| 5 | FIRST COMMONWEALTH FCU<br>»» 005 | Unsecured Creditors | $10,854.44 | $73.46 | $10,780.98 |
| 6 | FIRST COMMONWEALTH FCU<br>»» 006 | Unsecured Creditors | $6,338.29 | $42.90 | $6,295.39 |
| 12 | UNITED STATES TREASURY (IRS)<br>»» 012 | Priority Crediors | $4,188.00 | $4,188.00 | $0.00 |
| 10 | MEMBERS 1ST FCU<br>»» 010 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 008 | Unsecured Creditors | $2,483.83 | $16.81 | $2,467.02 |
| 11 | PA DEPARTMENT OF REVENUE<br>»» 11P | Priority Crediors | $1,382.62 | $1,382.62 | $0.00 |
| 11 | PA DEPARTMENT OF REVENUE<br>»» 11U | Unsecured Creditors | $1,576.64 | $0.00 | $1,576.64 |
| 9 | PNC BANK NA<br>»» 009 | Mortgage Arrears | $1,067.26 | $1,067.26 | $0.00 |

**Chapter 13 Case No. 18-10040-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 14 | DAVID S GELLERT, ESQ<br>»» 014 | Attorney Fees | $2,838.50 | $2,838.50 | $0.00 |
| 15 | DAVID S GELLERT, ESQ<br>»» 015 | Attorney Fees | $419.17 | $419.17 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $11,600.00 | Current Monthly Payment: | $400.00 |
| Paid to Claims: | $10,220.90 | Arrearages: | $800.00 |
| Paid to Trustee: | $992.40 | Total Plan Base: | $24,000.00 |
| Funds on Hand: | $386.70 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.