| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
### Chapter 13 Case No. 18-10040-PMM

MELVIN ROBERT HODGES III
CATHY JEAN HODGES
2741 KINGSVIEW AVENUE
EASTON  PA   18045

Petition Filed Date: 01/03/2018
341 Hearing Date: 03/20/2018
Confirmation Date: 05/03/2018

Case Status: Open / Unconfirmed

## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/07/2020 | $400.00 | | 01/21/2020 | $400.00 | | 03/02/2020 | $400.00 | |
| 03/27/2020 | $400.00 | | 04/23/2020 | $400.00 | | 05/27/2020 | $400.00 | |
| 06/25/2020 | $400.00 | | 07/23/2020 | $400.00 | | 09/03/2020 | $400.00 | |
| 09/28/2020 | $400.00 | | 10/29/2020 | $400.00 | | 12/01/2020 | $400.00 | |
| 01/05/2021 | $400.00 | | 01/29/2021 | $400.00 | | 03/03/2021 | $400.00 | |
| 03/25/2021 | $400.00 | | 04/22/2021 | $400.00 | | 05/21/2021 | $400.00 | |

**Total Receipts for the Period: $7,200.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $15,600.00**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 7 | AMERICAN INFOSOURCE LP<br>»» 007 | Unsecured Creditors | $4,162.37 | $351.80 | $3,810.57 |
| 13 | CREDIT FIRST NA<br>»» 013 | Unsecured Creditors | $370.56 | $31.31 | $339.25 |
| 1 | DISCOVER BANK<br>»» 001 | Unsecured Creditors | $11,363.01 | $960.31 | $10,402.70 |
| 2 | FIRST COMMONWEALTH FCU<br>»» 002 | Unsecured Creditors | $9,206.47 | $778.06 | $8,428.41 |
| 3 | FIRST COMMONWEALTH FCU<br>»» 003 | Unsecured Creditors | $3,662.58 | $309.53 | $3,353.05 |
| 4 | FIRST COMMONWEALTH FCU<br>»» 004 | Unsecured Creditors | $1,997.85 | $155.03 | $1,842.82 |
| 5 | FIRST COMMONWEALTH FCU<br>»» 005 | Unsecured Creditors | $10,854.44 | $917.35 | $9,937.09 |
| 6 | FIRST COMMONWEALTH FCU<br>»» 006 | Unsecured Creditors | $6,338.29 | $535.68 | $5,802.61 |
| 12 | UNITED STATES TREASURY (IRS)<br>»» 012 | Priority Crediors | $4,188.00 | $4,188.00 | $0.00 |
| 10 | MEMBERS 1ST FCU<br>»» 010 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 008 | Unsecured Creditors | $2,483.83 | $209.90 | $2,273.93 |
| 11 | PA DEPARTMENT OF REVENUE<br>»» 11P | Priority Crediors | $1,382.62 | $1,382.62 | $0.00 |
| 11 | PA DEPARTMENT OF REVENUE<br>»» 11U | Unsecured Creditors | $1,576.64 | $122.35 | $1,454.29 |
| 9 | PNC BANK NA<br>»» 009 | Mortgage Arrears | $1,067.26 | $1,067.26 | $0.00 |

| 14 | DAVID S GELLERT, ESQ<br>»» 014 | Attorney Fees | $2,838.50 | $2,838.50 | $0.00 |
| 15 | DAVID S GELLERT, ESQ<br>»» 015 | Attorney Fees | $419.17 | $419.17 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $15,600.00 | Current Monthly Payment: | $400.00 |
| Paid to Claims: | $14,266.87 | Arrearages: | $800.00 |
| Paid to Trustee: | $1,308.40 | Total Plan Base: | $24,000.00 |
| Funds on Hand: | $24.73 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.