| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
### Chapter 13 Case No. 18-10040-PMM

MELVIN ROBERT HODGES III  
CATHY JEAN HODGES  
2741 KINGSVIEW AVENUE  
EASTON  PA   18045

Petition Filed Date: 01/03/2018  
341 Hearing Date: 03/20/2018  
Confirmation Date: 05/03/2018

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/22/2021 | $400.00 | | 05/21/2021 | $400.00 | | 06/28/2021 | $400.00 | |
| 07/29/2021 | $400.00 | | 08/27/2021 | $400.00 | | 09/28/2021 | $400.00 | |
| 10/28/2021 | $400.00 | | 11/30/2021 | $400.00 | | 12/28/2021 | $400.00 | |
| 01/28/2022 | $400.00 | | 02/28/2022 | $400.00 | | 03/28/2022 | $400.00 | |
| 05/02/2022 | $400.00 | | 05/31/2022 | $400.00 | | 06/30/2022 | $400.00 | |
| 07/29/2022 | $400.00 | | | | | | | |

**Total Receipts for the Period: $6,400.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $21,200.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 7 | AMERICAN INFOSOURCE LP<br>»» 007 | Unsecured Creditors | $4,162.37 | $732.09 | $3,430.28 |
| 13 | CREDIT FIRST NA<br>»» 013 | Unsecured Creditors | $370.56 | $62.51 | $308.05 |
| 1 | DISCOVER BANK<br>»» 001 | Unsecured Creditors | $11,363.01 | $1,998.39 | $9,364.62 |
| 2 | FIRST COMMONWEALTH FCU<br>»» 002 | Unsecured Creditors | $9,206.47 | $1,619.16 | $7,587.31 |
| 3 | FIRST COMMONWEALTH FCU<br>»» 003 | Unsecured Creditors | $3,662.58 | $644.12 | $3,018.46 |
| 4 | FIRST COMMONWEALTH FCU<br>»» 004 | Unsecured Creditors | $1,997.85 | $351.36 | $1,646.49 |
| 5 | FIRST COMMONWEALTH FCU<br>»» 005 | Unsecured Creditors | $10,854.44 | $1,908.98 | $8,945.46 |
| 6 | FIRST COMMONWEALTH FCU<br>»» 006 | Unsecured Creditors | $6,338.29 | $1,114.73 | $5,223.56 |
| 12 | UNITED STATES TREASURY (IRS)<br>»» 012 | Priority Crediors | $4,188.00 | $4,188.00 | $0.00 |
| 10 | MEMBERS 1ST FCU<br>»» 010 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 008 | Unsecured Creditors | $2,483.83 | $436.79 | $2,047.04 |
| 11 | PA DEPARTMENT OF REVENUE<br>»» 11P | Priority Crediors | $1,382.62 | $1,382.62 | $0.00 |
| 11 | PA DEPARTMENT OF REVENUE<br>»» 11U | Unsecured Creditors | $1,576.64 | $277.27 | $1,299.37 |
| 9 | PNC BANK NA<br>»» 009 | Mortgage Arrears | $1,067.26 | $1,067.26 | $0.00 |

**Chapter 13 Case No. 18-10040-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 14 | DAVID S GELLERT ESQ<br>»» 014 | Attorney Fees | $2,838.50 | $2,838.50 | $0.00 |
| 15 | DAVID S GELLERT ESQ<br>»» 015 | Attorney Fees | $419.17 | $419.17 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $21,200.00 | Current Monthly Payment: | $400.00 |
| Paid to Claims: | $19,040.95 | Arrearages: | $800.00 |
| Paid to Trustee: | $1,788.40 | Total Plan Base: | $24,000.00 |
| Funds on Hand: | $370.65 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.