United States Bankruptcy Court

Eastern District of Pennsylvania

In re:      Case No. 18-10040-pmm

Melvin Robert Hodges, III      Chapter 13

Cathy Jean Hodges

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 3
Date Rcvd: Feb 22, 2023      Form ID: 138OBJ      Total Noticed: 25

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 24, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Melvin Robert Hodges, III, Cathy Jean Hodges, 2741 Kingsview Avenue, Easton, PA 18045-5550 |
| 14035977 | + | First Commonwealth FCU, 450 Union Boulevard, Allentown, PA 18109-3283 |
| 14088852 | + | First Commonwealth Federal Credit Union, c/o Joshua Gildea, Esquire, Fitzpatrick Lentz & Bubba PC, P.O. Box 219, Center Valley, PA 18034-0219 |
| 14041202 | | First Commonwealth Federal Credit Union, P. O. Box 20450, Lehigh Valley, PA 18002-0450 |
| 14041186 | + | PNC BANK, NATIONAL ASSOCIATION, c/o KML Law Group, P.C., 710 Market Street, Suite 5000, Philadelphia, PA 19106-2312 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Feb 23 2023 00:25:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Feb 23 2023 00:25:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14035971 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 23 2023 00:31:01 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14045085 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 23 2023 00:30:57 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14035973 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 23 2023 00:30:55 | CitiCard, P.O. Box 6241, Sioux Falls, SD 57117-6241 |
| 14035974 | + | Email/Text: BKPT@cfna.com | Feb 23 2023 00:25:00 | Credit First NA, P.O. Box 81315, Cleveland, OH 44181-0315 |
| 14077771 | | Email/Text: BKPT@cfna.com | Feb 23 2023 00:25:00 | Credit First NA, PO Box 818011, Cleveland, OH 44181-8011 |
| 14035976 | | Email/Text: mrdiscen@discover.com | Feb 23 2023 00:25:00 | Discover Card, P.O. Box 30943, Salt Lake City, UT 84130 |
| 14667051 | + | Email/Text: dsgrdg@ptdprolog.net | Feb 23 2023 00:25:00 | David S. Gellert, Esquire, David S. Gellert, P.C., 3506 Perkiomen Avenue, Reading, PA 19606-2711 |
| 14040016 | | Email/Text: mrdiscen@discover.com | Feb 23 2023 00:25:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14077222 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 23 2023 00:25:00 | Internal Revenue Service, P O BOX 7346, Philadelphia PA 19101-7346 |
| 14035972 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 23 2023 00:31:01 | Chase, P.O. Box 15123, Wilmington, DE 19850 |
| 14055489 | + | Email/Text: bankruptcydpt@mcmcg.com | | |

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 22, 2023 | Form ID: 138OBJ | Total Noticed: 25 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Feb 23 2023 00:25:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN MI 48090-2011 |
| 14035978 | + | Email/Text: unger@members1st.org | Feb 23 2023 00:25:00 | Members First FCU, 5000 Louise Drive, Mechanicsburg, PA 17055-4899 |
| 14035979 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 23 2023 00:25:00 | PA Department of Revenue, Bankruptcy Division, Dept. 280946, Harrisburg, PA 17128-0001 |
| 14035980 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 23 2023 00:25:00 | PNC Bank, P.O. Box 1820, Dayton, OH 45401 |
| 14056506 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 23 2023 00:25:00 | PNC Bank, N.A., Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 43542 |
| 14065986 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 23 2023 00:25:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, Pa. 17128-0946 |
| 14035981 | + | Email/PDF: tbiedi@PRAGroup.com | Feb 23 2023 00:30:59 | The Bureaus Inc., 1717 Central Street, Evanston, IL 60201-1507 |
| 14035982 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Feb 23 2023 00:25:00 | US Bank, P.O. Box 6335, Fargo, ND 58125 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14035975 | ##+ | David S. Gellert, Esquire, 1244 Hamilton Street, Allentown, PA 18102-4699 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 24, 2023          Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 22, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| DAVID S. GELLERT | on behalf of Debtor Melvin Robert Hodges III dsgrdg@ptdprolog.net |
| DAVID S. GELLERT | on behalf of Joint Debtor Cathy Jean Hodges dsgrdg@ptdprolog.net |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

District/off: 0313-4      User: admin      Page 3 of 3
Date Rcvd: Feb 22, 2023      Form ID: 138OBJ      Total Noticed: 25
TOTAL: 5

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Melvin Robert Hodges, III and Cathy
Jean Hodges

       Debtor(s)

Case No: 18−10040−pmm

Chapter: 13

_____

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

    United States Bankruptcy Court
    Office of the Clerk, Gateway Building
    201 Penn Street, 1st Floor
    Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 2/22/23